UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
**FILED**
AUG 9 - 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action No.: 09-0260-04 (RMU) |
| DANIEL WARWICK, | |
| Defendant. | |

## ORDER

This matter comes before the court on the Report and Recommendation of Magistrate Judge Kay recommending that the trial court merge the changes in the May 11, 2010 Plea Addendum into the February 23, 2010 Plea Agreement, thus incorporating the changes to Paragraph 3 of the Plea Agreement, with the effect that the Addendum and the Plea Agreement accordingly set forth the entire understanding between the parties and constitute the entire plea agreement. Having reviewed the Report and Recommendation and Judge Kay's findings, it is this 9th day of August, 2010, hereby

**ORDERED** that Judge Kay's Report and Recommendation is adopted in full. The court merges the changes in the May 11, 2010 Plea Addendum into the February 23, 2010 Plea Agreement, thus incorporating the changes to Paragraph 3 of the Plea Agreement, with the effect that the Addendum and the Plea Agreement accordingly set forth the entire understanding between the parties and constitute the entire plea agreement.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge